United States District Court
District of Massachusetts

Thales da Silva Nunes,          )
                                )
          Petitioner,           )
                                )
          v.                    )     Civil Action No.
                                )     26-11947-NMG
Antone Moniz, et al.,           )
                                )
          Respondents.          )
                                )

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Thales da Silva Nunes ("Nunes"). He contends that Antone Moniz and other named respondents have refused to grant him a bond hearing on the basis of his detention pursuant to 8 U.S.C. §1225(b)(2), despite his contention that he is eligible for such a hearing under §1226(a).

For the reasons set forth in Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Nunes is to be released unless he is afforded a bond hearing that complies with the

-1-

standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir.
2021), within seven days of the date of this order.


**So ordered.**


_Nathaniel M. Gorton_
Nathaniel M. Gorton
Senior United States District Judge


Dated: May 12, 2026

-2-